JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL REY ENTERPRISES LLC, a California Limited Liability Company, | Case No.: 2:25-cv-02533-JLS-DMK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ARTAK AGAMALIAN, an individual, *in personam*; and M/V "ITS ALL GOOD," U.S. Official Number 1160917, California Reg. No. CF 8107 ZK, a 59 foot Marquis / Carver motor yacht, Hull ID No. CDRL2030C404, and all of Her Engines, Equipment, Boats, Furnishings, Permits, Tackle and Appurtenances, *in rem*; | |
| Defendants. | |

Pursuant to the Court's Order Granting Plaintiff's Motion for Summary Judgment (Doc. 78), IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Judgment is hereby entered quieting title to the Defendant Vessel "*ITS ALL GOOD*," U.S. Official Number 1160917, California Reg. No. CF 8107 ZK, a 59 foot Marquis / Carver motor yacht, Hull ID No. CDRL2030C404, and all of Her Engines, Equipment, Boats, Furnishings, Permits, Tackle and Appurtenances (collectively, the "Defendant Vessel") in the name of Plaintiff DEL REY ENTERPRISES LLC, and establishing that Defendant ARTAK AGAMALIAN has no right, title, lien, mortgage, encumbrance or interest in or to the Defendant Vessel; and

2. Judgment is hereby entered declaring that unrestricted and unencumbered ownership of the Defendant Vessel vests solely in Plaintiff; and

3. The United States Marshal and the Substitute Custodian in this case NATIONAL MARITIME SERVICES, INC. are hereby Ordered to release the Defendant Vessel from custody and to tender possession of the Defendant Vessel to Plaintiff's representatives ARSEN MKERCHYAN, ANDREW MKERCHYAN, and/or ARAM OHANIS; and

4. Judgment is hereby entered in favor of Plaintiff DEL REY ENTERPRISES LLC and against Defendant ARTAK AGAMALIAN in the amount of **$68,457.75**, for Plaintiff to recover from Defendant all of Plaintiff's expenses for *custodia legis* incurred for the arrest, custody and safekeeping of the Defendant Vessel during the course of this lawsuit. These costs represent $63,457.75 in custodial fees and a $5,000.00 deposit to the U.S. Marshals.

5. Because Plaintiff moved for summary judgment in its entirety but sought no additional remedies under its second or third counts for fraud or conversion, Plaintiff's second and third claims are DISMISSED.

Dated: March 31. 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE